DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtors

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:               ) Chapter 13
                     )
JEFF M PERSIN        ) Case No. 05-54441 SLJ
                     )
BARBARA PERSIN       ) **NOTICE OF UNCLAIMED DIVIDEND**
                     )
        Debtors      )
                     )

The final dividend to Creditor, GMAC MORTGAGE CORPORATION in the above entitled matter was returned marked: CREDITOR UNABLE TO IDENTIFY ACCOUNT

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $50.84 as an unclaimed dividend.

   Claim # 15     GMAC MORTGAGE CORPORATION
                  500 ENTERPRISE ROAD #150
                  HORSHAM, PA  19044

Dated: May 20, 2011                    _____
                                        DEVIN DERHAM-BURK, TRUSTEE

Case: 05-54441   Doc# 56   Filed: 05/26/11   Entered: 06/01/11 15:15:18   Page 1 of 4

# Devin Derham-Burk, Standing Trustee

Office of the Chapter 13 Trustee
Northern District of California • San Jose Division

May 22, 2009

GMAC Mortgage
3451 Hammond Ave
Waterloo, IA 50702

RE: Persin, Jeff & Barbara
Chapter 13 No: 05-5-4441RLE

Attention: Bankruptcy Department

Please find enclosed your check in the amount of $5.07.

This check is being returned to your office along with a copy of the proof of claim that was filed on August 30, 2005 by GMAC Mortgage. If you are still unable to locate this account, please return this check, along with a letter indicating you are withdrawing your claim or provide us the name and address of new service.

This is all the available information we can provide you regarding your Proof of Claim.

Sincerely,

Teresa Camp
Creditor Services Administrator

Encl.

*Researched
not in our system
↑
written by creditor.
Rec'd w/
check. JC*

P O Box 50013 • San Jose, CA 95150-0013
Telephone: (408) 354-4413 • Fax: (408) 354-5513

Case: 05-54441    Doc# 56    Filed: 05/26/11    Entered: 06/01/11 15:15:18    Page 2 of 4

# GMAC Mortgage

3451 Hammond Avenue
P.O. Box 780
Waterloo, IA 50704-0780

5/29/2009

CHAPTER 13 TRUSTEE
DEVIN DERHAM-BURK
PO BOX 50013
SAN JOSE CA 95150-0013

RE:  Unidentified Funds

We have received the enclosed funds. Unfortunately we have been unable to locate the mortgage account number, name and/or address to apply these funds.

Please provide the appropriate mortgage account number on the check. Or return these funds to the holder of this account, at the address on file in your office, and request they list their account number to be credited on the check. Once the account number has been added to the item it can be mailed to the following address:

>   Mortgage Loan Servicing
>   3451 Hammond Avenue
>   Waterloo, IA 50702

If you have any questions, please contact our Customer Care Division at 1-800-766-4622.

Customer Care Division
Mortgage Loan Servicing

Enclosure

**RECEIVED**
JUN 0 3 2009
Devin Derham-Burk
Trustee, Chapter 13

JUN 0 8 2009

# GMAC Mortgage

3451 Hammond Avenue
P.O. Box 780
Waterloo, IA 50704-0780


CHAPTER 13 TRUSTEE
DEVIN DERHAM-BURK
PO BOX 50013
SAN JOSE CA 95150-0013


RE:   Unidentified Funds


We have received the enclosed funds. Unfortunately we have been unable to locate the mortgage account number, name and/or address to apply these funds.

Please provide the appropriate mortgage account number on the check.  Or return these funds to the holder of this account, at the address on file in your office, and request they list their account number to be credited on the check. Once the account number has been added to the item it can be mailed to the following address:

>       Mortgage Loan Servicing
>        3451 Hammond Avenue
>          Waterloo, IA 50702

If you have any questions, please contact our Customer Care Division at 1-800-766-4622.


Customer Care Division
Mortgage Loan Servicing


Enclosure

**RECEIVED**
MAY 0 4 2009
Devin Derham-Burk
Trustee, Chapter 13